UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey S. Haar,                                              Case No. 3:18-cv-1188

        Plaintiff

   v.                                                          ORDER

Norfolk Southern Railway Company,

        Defendant

On January 13, 2020, I conducted a telephone status conference. Pursuant to the discussion, I hereby order the following cross-motion briefing schedule:

(1) Dispositive motions to be filed by April 10, 2020.

(2) Opposition to be filed by May 8, 2020.

So Ordered.

                                               s/ Jeffrey J. Helmick
                                               United States District Judge